People v Richardson (2022 NY Slip Op 51016(U))

[*1]

People v Richardson (Denzell)

2022 NY Slip Op 51016(U) [76 Misc 3d 138(A)]

Decided on October 19, 2022

Appellate Term, First Department

Published by New York State Law Reporting
Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and will not be
published in the printed Official Reports.

Decided on October 19, 2022
SUPREME COURT, APPELLATE TERM, FIRST
DEPARTMENT

PRESENT: Hagler, J.P., Tisch, Michael, JJ.

570540/19

The People of the State of New
York, Respondent, 
against
Denzell Richardson a/k/a Denzel Richardson,
Defendant-Appellant.

Defendant appeals from a judgment of the Criminal Court of the City of New York,
New York County (Marisol Martinez Alonso, J.), rendered July 6, 2018, convicting him,
upon a plea of guilty, of identity theft in the third degree, and sentencing him to time
served.

Per Curiam.
Judgment of conviction (Marisol Martinez Alonso, J.), rendered July 6, 2018,
modified, on the law, to the extent of vacating the conviction and replacing it with a
finding that defendant is a youthful offender.
As the People concede, the defendant is entitled to an express youthful offender
determination (see CPL 720.20; People v Rudolph, 21 NY3d 497, 501
[2013]; People v Frye, 174
AD3d 440 [2019]). Since defendant has already served the sentence, we do not
vacate the sentence and remand the matter for resentencing (see People v Olivo, 171 AD3d
798 [2019]; People v
Newman, 137 AD3d 1306 [2016]). 
All concur
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
Clerk of the Court
Decision Date: October 19, 2022